ORIGINAL

**FILED**

AUG X 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>San Francisco Division<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|---|
| DOCKET NO. | DATE FILED | |

C 07 4100 JCS

| PLAINTIFF<br>VIRGIN RECORDS AMERICA, INC.; PRIORITY RECORDS LLC; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, INC.; and BMG MUSIC | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>GINA AGOSTINE-RIVAS | DATE<br>AUG X 9 2007 |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 128.12.159.184 2007-04-22 03:46:01 EDT         **CASE ID#** 126368294

**P2P Network:** Gnutella                                      **Total Audio Files:** 223

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Ideal | Get Gone | Ideal | 273-905 |
| Priority Records LLC | Snoop Dogg | Issues | Tha Last Meal | 317-638 |
| Atlantic Recording Corporation | Ray J Feat. Lil' Kim | Wait A Minute | This Ain't A Game | 305-707 |
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer, Don't Hurt 'Em | 133-683 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| BMG Music | Busta Rhymes | Bounce (Let Me See Ya Throw It) | Genesis | 312-547 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>San Francisco Division<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>VIRGIN RECORDS AMERICA, INC.; PRIORITY RECORDS LLC; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, INC.; and BMG MUSIC | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>RICHARD W. WIEKING | GINA AGUSTINE-RIVAS (DEPUTY CLERK) | DATE<br>AUG X 9 2007 |
|---|---|---|

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 128.12.159.184 2007-04-22 03:46:01 EDT  **CASE ID#** 126368294

**P2P Network:** Gnutella  **Total Audio Files:** 223

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Ideal | Get Gone | Ideal | 273-905 |
| Priority Records LLC | Snoop Dogg | Issues | Tha Last Meal | 317-638 |
| Atlantic Recording Corporation | Ray J Feat. Lil' Kim | Wait A Minute | This Ain't A Game | 305-707 |
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer, Don't Hurt 'Em | 133-683 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| BMG Music | Busta Rhymes | Bounce (Let Me See Ya Throw It) | Genesis | 312-547 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>San Francisco Division<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>VIRGIN RECORDS AMERICA, INC.; PRIORITY RECORDS LLC; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, INC.; and BMG MUSIC | | DEFENDANT<br>JOHN DOE |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>GINA AGUSTINE-RIVAS | DATE<br>AUG X 9 2007 |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 128.12.159.184 2007-04-22 03:46:01 EDT           **CASE ID#** 126368294

**P2P Network:** Gnutella                                       **Total Audio Files:** 223

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Ideal | Get Gone | Ideal | 273-905 |
| Priority Records LLC | Snoop Dogg | Issues | Tha Last Meal | 317-638 |
| Atlantic Recording Corporation | Ray J Feat. Lil' Kim | Wait A Minute | This Ain't A Game | 305-707 |
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer, Don't Hurt 'Em | 133-683 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| BMG Music | Busta Rhymes | Bounce (Let Me See Ya Throw It) | Genesis | 312-547 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>San Francisco Division<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>VIRGIN RECORDS AMERICA, INC.; PRIORITY RECORDS LLC; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, INC.; and BMG MUSIC | | DEFENDANT<br>JOHN DOE |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>GINA AGUSTINE-RIVAS | DATE<br>AUG X 9 2007 |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new A0 279 for the appeal.

## EXHIBIT A

## JOHN DOE

**IP Address:** 128.12.159.184 2007-04-22 03:46:01 EDT         **CASE ID#** 126368294

**P2P Network:** Gnutella                                       **Total Audio Files:** 223

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Ideal | Get Gone | Ideal | 273-905 |
| Priority Records LLC | Snoop Dogg | Issues | Tha Last Meal | 317-638 |
| Atlantic Recording Corporation | Ray J Feat. Lil' Kim | Wait A Minute | This Ain't A Game | 305-707 |
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer, Don't Hurt 'Em | 133-683 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| BMG Music | Busta Rhymes | Bounce (Let Me See Ya Throw It) | Genesis | 312-547 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>San Francisco Division<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>VIRGIN RECORDS AMERICA, INC.; PRIORITY RECORDS LLC; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, INC.; and BMG MUSIC | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>GINA AGUSTINE-RIVAS | DATE<br>AUG X 9 2007 |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

## EXHIBIT A

## JOHN DOE

**IP Address:** 128.12.159.184 2007-04-22 03:46:01 EDT

**CASE ID#** 126368294

**P2P Network:** Gnutella

**Total Audio Files:** 223

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Ideal | Get Gone | Ideal | 273-905 |
| Priority Records LLC | Snoop Dogg | Issues | Tha Last Meal | 317-638 |
| Atlantic Recording Corporation | Ray J Feat. Lil' Kim | Wait A Minute | This Ain't A Game | 305-707 |
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer, Don't Hurt 'Em | 133-683 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| BMG Music | Busta Rhymes | Bounce (Let Me See Ya Throw It) | Genesis | 312-547 |