ORIGINAL

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   VIRGIN RECORDS AMERICA, INC.;
7  PRIORITY RECORDS LLC;
   ATLANTIC RECORDING CORPORATION;
8  CAPITOL RECORDS, INC.; and BMG MUSIC
9



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VIRGIN RECORDS AMERICA, INC., a     CASE NO. C 07 4100
California corporation; PRIORITY RECORDS
LLC, a California limited liability company;   [PROPOSED] ORDER GRANTING
ATLANTIC RECORDING CORPORATION, a   PLAINTIFFS' EX PARTE APPLICATION
Delaware corporation; CAPITOL RECORDS,   FOR LEAVE TO TAKE IMMEDIATE
INC., a Delaware corporation; and BMG   DISCOVERY
MUSIC, a New York general partnership,

                 Plaintiffs,

     v.

JOHN DOE,
                 Defendant.

---

[Proposed] Order
Case No. _____

#31665 v1

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on Stanford University to obtain
4  the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks documents that identify
5  Defendant John Doe, including the name, current (and permanent) address and telephone number, e-
6  mail address, and Media Access Control address. The disclosure of this information is ordered
7  pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

DATED: 8/21/07    By: _____
                       JOSEPH C. SPERO
                       United States ~~District~~ Magistrate Judge

[Proposed] Order
Case No. _____

#31665 v1