Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999
Email:       matt.jaksa@hro.com

Attorneys for Plaintiffs,
VIRGIN RECORDS AMERICA, INC.;
PRIORITY RECORDS LLC;
ATLANTIC RECORDING CORPORATION;
CAPITOL RECORDS, INC.; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; PRIORITY RECORDS LLC, a California limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>                    Plaintiffs,<br><br>        v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. C 07-04100 JCS<br><br>The Honorable Joseph C. Spero<br><br>**_EX PARTE_ APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

1        Plaintiffs respectfully request that the Court continue the case management conference

2  currently set for November 16, 2007, at 1:30 p.m. to February 15, 2008.  Plaintiffs further request,

3  pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to

4  serve the Summons and Complaint on Defendant John Doe ("Defendant") be extended from

5  December 7, 2007 to March 6, 2008.

6        Plaintiffs filed the Complaint against Defendant on August 9, 2007.  Also on August 9, 2007,

7  Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the

8  Court's permission to serve a Rule 45 subpoena on Stanford University ("Stanford") so that

9  Plaintiffs could obtain information sufficient to identify Defendant.  On August 21, 2007, this Court

10  issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery.

11  Pursuant to the Court's Order, Plaintiffs have served Stanford with a Rule 45 subpoena directing

12  Stanford to produce certain information necessary to identify Defendant.  Plaintiffs expect Stanford

13  to respond to the subpoena on November 14, 2007.

14        Because Plaintiffs cannot identify Defendant until Stanford has responded to Plaintiffs'

15  subpoena, there is not yet a known defendant with whom to confer, and a case management

16  conference is unnecessary at this time.  Plaintiffs therefore respectfully request that the Court

17  continue the case management conference currently set for November 16, 2007, at 1:30 p.m. to

18  February 15, 2008.  Given the foregoing circumstances, and because the original time period for

19  Plaintiffs to serve the Summons and Complaint on Defendant will expire on December 7, 2007,

20  Plaintiffs further request that the time to serve the Summons and Complaint on Defendant be

21  extended to March 6, 2008.

22  Dated:  November 7, 2007              HOLME ROBERTS & OWEN LLP

23                              By:  */s/ Matthew Franklin Jaksa*_____

24                                Matthew Franklin Jaksa

25                                Attorney for Plaintiffs

26

27

28

1

**ORDER**

2

    Good cause having been shown:

3

    **IT IS ORDERED** that the case management conference currently set for November 16,

4

2007, at 1:30 p.m. be continued to February 15, 2008.

5

    **IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules

6

4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to

7

~~March 6, 2008.~~

8

January 15, 2008.

9

10

Dated:  __November 8, 2007___          By: _____



11

             Hon_____

12

             Unite_____ _____gistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2