1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   VIRGIN RECORDS AMERICA, INC.;
7  PRIORITY RECORDS LLC;
   ATLANTIC RECORDING CORPORATION;
8  CAPITOL RECORDS, INC.; and BMG MUSIC

9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
11

| VIRGIN RECORDS AMERICA, INC., a California corporation; PRIORITY RECORDS LLC, a California limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOE, <br>                Defendant. | CASE NO. C 07-04100 JCS <br><br> The Honorable Joseph C. Spero <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
|---|---|

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04100 JCS
#34168 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs VIRGIN RECORDS AMERICA, INC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against John Doe, also identified as ID #126368294 with IP address 128.12.159.184 2007-04-22 03:46:01 EDT, each party to bear its/his own fees and costs.  The Clerk of Court is respectfully requested to close this file.

Dated:  December 4, 2007                              HOLME ROBERTS & OWEN LLP

By:  */s/ Matthew Franklin Jaksa*
    Matthew Franklin Jaksa
    Attorney for Plaintiffs
    VIRGIN RECORDS AMERICA, INC.; PRIORITY RECORDS LLC; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, INC.; and BMG MUSIC